# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID MICHAEL OSIFCHIN,

    Petitioner,

       v.

LAWRENCE MAHALLY, *et al.*,

    Respondents.

NO. 3:16-CV-2446

(JUDGE CAPUTO)

(MAGISTRATE JUDGE ARBUCKLE)

## ORDER

**NOW**, this _31st_ day of October, 2018, upon review of the Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 16) is **ADOPTED**.

(2)    The Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 1) filed by Petitioner David Michael Osifchin is **DENIED**.

(3)    A Certificate of Appealability **SHALL NOT ISSUE**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge